UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-05402 DOC (ADS)　　　　　　　　　　　Date: September 11, 2025

Title: *Richard W. Hughley v. Los Angeles Sheriff, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**　　**(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

　　Pro se Plaintiff Richard W. Hughley, filed a Civil Rights Complaint under 42 U.S.C. § 1983 (the "Complaint"), proceeding in forma pauperis. (Dkt. No. 1.) On July 28, 2025, the Court partially dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than August 27, 2025. (Dkt. No. 15.) As of the date of this order, the Court has not received a First Amended Complaint or any response from Plaintiff to the Order Dismissing Complaint with Leave to Amend.

　　Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**. Plaintiff must file a written response by no later than **October 2, 2024**. Plaintiff may respond to this Order to Show Cause by (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  2:24-05402 DOC (ADS)            Date:  September 11, 2025

Title:  *Richard W. Hughley v. Los Angeles Sheriff, et al.*

**Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed with prejudice for failure to state a claim, failure to prosecute, and failure to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh